IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT ON PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA AMBERG-BLYSKAL, | : | CIVIL ACTION |
| | : | NO. 10-06818 |
| v. | : | |
| | : | |
| TRANSPORTATION SECURITY | : | |
| ADMINISTRATION, et al., | : | |

ORDER

AND NOW, this 1st day of June, 2011, after consideration of defendants' motion to dismiss plaintiff's complaint and plaintiff's response thereto, it is ORDERED that the motion is GRANTED. Plaintiff's complaint is DISMISSED.

                                        *s/Thomas N. O'Neill, Jr.*
                                       THOMAS N. O'NEILL, JR., J.