IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA AMBERG-BLYSKAL | : | CIVIL ACTION |
| | : | NO. 10-06818 |
| v. | : | |
| | : | |
| TRANSPORTATION SECURITY ADMINISTRATION, et al. | : | |
| | : | |

## **ORDER**

AND NOW, this 26th day of September, 2011, after consideration of defendants' motion to dismiss plaintiff's amended complaint and plaintiff's response thereto, it is ORDERED that the motion is GRANTED. Plaintiff's amended complaint is DISMISSED.

    *s/Thomas N. O'Neill, Jr.*
    THOMAS N. O'NEILL, JR., J.